UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                     )
IN RE NEURONTIN MARKETING,           )
SALES PRACTICES, & PRODUCTS          )
LIABILITY LITIGATION                 ) MDL NO. 1629
_____)
                                     )
THIS DOCUMENT RELATES TO:            ) CIVIL ACTION NO. 04-10981-PBS
ALL PRODUCTS LIABILITY ACTIONS       )
_____)
```

**SUGGESTION OF REMAND ORDER**

April 19, 2011

Saris, U.S.D.J.

The Court, having reviewed the pro se cases listed in Attachment A, finds and rules as follows:

Common discovery and other coordinated pretrial proceedings have been completed. This Court has issued several opinions on cross-cutting issues in the products liability cases. See In re Neurontin Mktg., Sales Practices, & Prods. Liab. Litig., 2011 WL 1048971 (D. Mass. Mar. 18, 2011); In re Neurontin Mktg., Sales Practices, & Prods. Liab. Litig., 2009 WL 3756328 (D. Mass. Aug. 14, 2009); In re Neurontin Mktg., Sales Practices & Prods. Liab. Litig., 618 F. Supp. 2d 96 (D. Mass 2009); In re Neurontin Mktg., Sales Practices, & Prods. Liab. Litig., 612 F. Supp. 2d 116 (D. Mass. 2009). While case-specific discovery has not yet been completed in these cases, all remaining issues are case-specific. Because plaintiffs are pro se, individual discovery and other pretrial matters are better resolved in their home districts.

Pursuant to Rule 10.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Court issues its Suggestion of Remand Order in the cases listed in Attachment A.

The Clerk is **ORDERED** to provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the clerks of the transferor district courts.

                                               /s/ PATTI B. SARIS
                                               PATTI B. SARIS
                                               United States District Judge

**ATTACHMENT A**

| PLAINTIFF | D. MASS. DOCKET NO. | TRANSFEROR COURT/ DOCKET NO. |
|---|---|---|
| Adkins, Donna Joyce | 06-10539 | Southern District of West Virginia; Case Number 06-cv-0028 |
| Beckworth, Dorothy | 06-12213 | Middle District of Florida; Case Number 2:06-cv-00538-JES |
| Bel Bruno, Steven | 05-11153 | District of New Jersey; Case Number 2:05-cv-01682 |
| Brown, Sidney | 05-11037 | Southern District of New York; Case Number 1:05-cv-00237 |
| Cascio, Joseph | 06-10536 | District of New Jersey; Case Number 06-cv-00058 |
| Cook, Earl Richard | 06-10777 | Southern District of New York; Case Number 06-cv-00980 |
| Cunningham, Brenda | 05-11503 | District of Kansas; Case Number 5:05-cv-04012 |
| Dane, Krystie | 05-12384 | Eastern District of Missouri; Case Number 4:05-cv-01376-CAS |
| Dees, John | 05-11028 | Southern District of New York; Case Number 1:04-cv-09304 |
| Edwards, Keith P. | 05-11701 | Southern District of Ohio; Case Number 2:05-cv-00657 |
| Fenelon, James | 06-11581 | Southern District of New York; Case Number 1:06-cv-04136-JSR |
| Isaacs, Debra | 07-10630 | District of Minnesota; Case Number 07-cv-1216 |
| Long, Patti (Sylvester) | 06-11582 | Southern District of New York; Case Number 1:06-cv-04285-JSR |

| PLAINTIFF | D. MASS. DOCKET NO. | TRANSFEROR COURT/ DOCKET NO. |
|---|---|---|
| Lynch, Cynthia Ulett | 07-11280 | Western District of Texas; Case Number 6:07-cv-00169 |
| Marzolo, Paul | 05-12387 | Southern District of New York; Case Number 1:05-cv-07828-JSR |
| Montgomery, William | 05-11032 | Southern District of New York; Case Number 1:05-cv-00073 |
| Mustafa, Fazila | 06-11394 | Southern District of Illinois; Case Number 3:06-cv-00349-GPM |
| Populis, Theodore | 05-11030 | Southern District of New York; Case Number 1:04-cv-10265 |
| Reilly, Arthur | 07-12236 | District of Minnesota; Case Number 0:07-cv-04428 |
| Richey, Linda | 05-12000 | Southern District of New York; Case Number 05-cv-07103-JSR |
| Sanutti, Grace | 05-11702 & 05-11750 | Eastern District of Pennsylvania; Case Number 2:05-cv-03401 |
| Smith, Rosemary | 06-10535 | Eastern District of California; Case Number 1:05-cv-01594-REC |
| Stadler, Jason | 08-11330 | District of Minnesota; Case Number 0:08-cv-03295 |
| Sumait, Rosalia | 05-10832 | Southern District of New York; Case Number 1:04-cv-08719-JSR |
| Teater, Teresa | 05-12123 | District of Oregon; Case Number 3:05-cv-00604-HU |
| Vinyard, Janice | 07-12233 | Northern District of Florida; Case Number 3:07-cv-00438-MCR |
| Werner, Carole | 05-11994 | Southern District of New York; Case Number 05-cv-06084-JSR |