IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSEMARY SMITH, et al., | ) | 1:05cv01594 AWI DLB |
| | ) | |
| Plaintiffs, | ) ) | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |
| vs. | ) ) | Date:  August 12, 2011 Time:  9:00 a.m. |
| PFIZER, INC., et al., | ) ) | Courtroom 9 |
| Defendants. | ) ) | |

    Plaintiffs Rosemary Smith, Ricky E. Smith and Charles K. Smith are proceeding pro se in this product liability action filed on December 16, 2005. On April 18, 2006, the action was transferred to the United States District Court for the District of Massachusetts pursuant to an order of the Judicial Panel on Multi-District Litigation. The action was transferred back to this Court on May 24, 2011, after the completion of consolidated pretrial proceedings and discovery. The Court set a Status Conference for June 20, 2011, at 9:30 a.m.

    On June 20, 2011, Plaintiffs failed to appear for the Status Conference.[1] Catherine Valerio Barrad appeared on behalf of Defendants.

---

[1] Plaintiffs were served with the minute order setting the Status Conference by mail on May 25, 2011.

1

1     Plaintiffs are therefore ORDERED TO SHOW CAUSE, if any they have, why the action
2 should not be dismissed for failure to appear.  Plaintiffs are ordered to appear on August 12, 2011, at
3 9:00 a.m., in Courtroom 9.  <u>Failure to do so will result in a recommendation that this action be
4 dismissed for failure to follow the Court's orders.</u>

5     IT IS SO ORDERED.

6     **Dated:**   **June 20, 2011**          /s/ **Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE